UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Scott Malcolm and Tim McGough, as
Trustees of the Carpenters & Joiners
Welfare Fund, Twin City Carpenters
Pension Master Trust Fund, Carpenters
and Joiners Apprenticeship and
Journeymen Training Trust Fund, and
Twin City Carpenters Vacation Fund;
and each of their successors,

Mike Gavanda and Gary Larson, as
Trustees of the Painters and Allied
Trades District Council No. 82 Health
Care Fund; John Bosquez and Gary
Larson, as Trustees of the Minneapolis
Local 386 Drywall Finishing Industry
Pension Fund, Minneapolis Painting
Industry Pension Fund, Minneapolis
Painting Industry Vacation and Holiday
Fund; Michael Gavanda and James
Smallen, as Trustees of the Minnesota
Finishing Trades Training Fund; and
each of their successors,

Jeff Jewett and John Nakasone, as
Trustees of the St. Paul Painting
Industry Pension Fund, St. Paul
Painting Industry Vacation Fund;
and each of their successors,

Plaintiffs,

ORDER ADOPTING REPORT
AND RECOMMENDATION

vs.

NPD, Inc., and John Koralia,
individually,

Defendants.          Civ. No. 05-960 (JMR/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of the United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED:**

That the Plaintiffs' Motion for Summary Judgment on the Defendants' Counterclaims [Docket No. 109] is granted.

Dated: June 21, 2007                    s/James M. Rosenbaum
                                        James M. Rosenbaum, Chief Judge
                                        United States District Court

- 2 -